UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINUS EKENE,<br><br>            Plaintiff,<br><br>            v.<br><br>J. GALAPON, et al.,<br><br>            Defendants. | Case No. CV 17-07998-DDP (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Plaintiff Linus Ekene ("Plaintiff") against Defendant Correctional Officers J. Galapon and L. Fowler ("Defendants"), Defendants' Motion for Summary Judgment (Dkt. 18, "Motion") and all papers filed in support thereof and in opposition thereto, the Report and Recommendation (Dkt. 40) of the assigned United States Magistrate Judge, the Objection to the Report and Recommendation filed by Plaintiff (Dkt. 43), and the Response to Plaintiff's Objection filed by Defendants (Dkt. 46). Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:
1. The Report and Recommendation is approved and accepted.
2. Defendants' Motion is GRANTED;
3. Plaintiff's Complaint is dismissed without prejudice; and
4. Judgment shall be entered accordingly.

Dated: May 16, 2019

_____
DEAN D. PREGERSON
United States District Judge