JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LINUS EKENE, | Case No. CV 17-07998-DDP (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| J. GALAPON, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 16, 2019

_____
DEAN D. PREGERSON
United States District Judge